Eastern District of Kentucky
**F I L E D**
Sep - 22 2017
Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

**GENERAL ORDER 17-16**

IN RE:  CIVIL CASES RELATED TO COMPLAINTS FILED AGAINST AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., and MCKESSON CORPORATION

**STANDING ORDER**

\* \* \* \* \* \* \* \* \* \* \*

Upon the Court's own motion after considering the facts contained in complaints filed by several Fiscal Courts in the Commonwealth of Kentucky against AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation, which involve a common question of law or fact, and the Court having been sufficiently advised;

Pursuant to LR 40.1(b) regarding related cases **IT IS ORDERED** as follows:

1. Effective immediately, the Clerk is **DIRECTED** to **ASSIGN** all matters related to the case, *Anderson County Fiscal Court v. AmerisourceBergen Drug Corporation, et al* filed as Frankfort Civil Action 17-cv-70 to the Honorable Gregory F. Van Tatenhove.

2. A copy of this Order shall be filed in each appropriate case with a copy to all counsel.

Dated September 22, 2017.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY