UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| THE COUNTY OF KNOTT, ) | |
| ) | |
| Plaintiffs, ) | Case No. 7:18-cv-00006-GFVT |
| ) | |
| V. ) | |
| ) | |
| PURDUE PHARMA L.P., et al., ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties being in Agreement [R. 30] and the Court being sufficiently advised, it is hereby **ORDERED** that the claims of Plaintiff County of Knott, against Defendant Russell Portenoy, shall be and hereby are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees.

This the 26th day of March, 2018.

Gregory F. Van Tatenhove
United States District Judge